

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00230-CV

IN RE DAVECO INDUSTRIES, INC.,                                          RELATORS
ADA B. HELTERBRAND,
HELTERBRAND FAMILY
TRUST, AND HELTERBRAND
FAMILY, L.P.

------------

## ORIGINAL PROCEEDING
## TRIAL COURT NO. 153-266829-13

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: MCCOY, DAUPHINOT, and MEIER, JJ.

DELIVERED: August 1, 2014

---

[1]See Tex. R. App. P. 47.4, 52.8(d).